1.
2.
3.
4.
5.
6.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| WESTPORT SEAFOODS, INC., *in personam*, | AT LAW AND IN ADMIRALTY |
|---|---|
| Plaintiff, | Case No. |
| v. | DECLARATORY JUDGMENT COMPLAINT |
| MARCO ANTONIO VAZQUEZ, an individual, | |
| Defendant. | |

Plaintiff, Westport Seafoods, Inc., by way of complaint in this matter states as follows:

## I. PARTIES

1.1   Plaintiff Westport Seafoods, Inc. ("Westport") has its principle place of business in Westport, Washington, and does business in the state of Washington. Plaintiff Westport is owner and operator of the fishing vessel TANI RAE.

1.2   Defendant Marco Antonio Vazquez ("Vazquez") is believed to be a resident of Aberdeen, Washington, who claims to have incurred an injury while working aboard the F/V TANI RAE on or around June 26, 2017.

DECLARATORY JUDGMENT COMPLAINT - 1
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## II. JURISDICTION

2.1   This is a complaint for declaratory judgment pursuant to 28 U.S.C. §2201 and Fed.R.Civ.P.57.  This is an admiralty and maritime claim within the meaning of Fed.R.Civ.P.9(h).  Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §1333.

2.2   Defendant Vazquez resides in Aberdeen, Grays Harbor County, Washington, which is subject to jurisdiction and venue in this Court.

## III. FACTS

3.1   Defendant Vazquez signed Crew Employment Contract on May 15, 2017, to work on the F/V TANI RAE.

3.2   On June 26, 2017, Defendant Vazquez reported injuring his right elbow while working on deck of the F/V TANI RAE.

3.3   Defendant Vazquez received medical treatment at the Summit Pacific Medical Center at Elma, Washington on July 11, 2017.

3.4   Defendant Vazquez returned to his work on the vessel and continued working until he completed his contract on November 20, 2017.

3.5   Defendant Vazquez signed another Crew Employment Contract to work on the F/V TANI RAE on May 8, 2018.

3.6   As part of pre-employment screening, Defendant Vazquez filled out Health Questionnaire on May 8, 2018, denying any physical problems.

3.7   After completing his Crew Employment Contract on October 31, 2018, Defendant Vazquez was seen at Summit Pacific Medical Center on November 19, 2018, complaining of right elbow problems.

3.8   Defendant Westport began payment of maritime benefits of maintenance and cure.

DECLARATORY JUDGMENT COMPLAINT - 2
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

3.9     Defendant Vazquez had surgery to excise right olecranon osteophyte on February 4, 2019.  On December 30, 2019, defendant Vazquez had surgery for right lateral epicondylitis and right lateral collateral ligament tear.  No further surgery was recommended.  Defendant Vazquez participated in physical therapy, occupational therapy, massage therapy, and work conditioning therapy.  With every discharge, his pain complaints would worsen and would return to additional treatment.

3.10    Plaintiff Westport has been paying maintenance and cure consistently since November 2018, for five and a half years.

3.11    Plaintiff Westport sought expert medical opinion by an orthopedist who reviewed the records and concluded that Defendant Vazquez has reached maximum medical improvement for the injury he sustained on the F/V TANI RAE in 2017, any worsening in 2018, and that ongoing medical care is unrelated and palliative.

## IV.  FIRST RELIEF REQUESTED

4.1     Plaintiff reasserts here as if fully set forth all preceding paragraphs.

4.2     Plaintiff Westport therefore seeks a declaratory judgment order to the effect that it has no obligation to pay Defendant Vazquez' further benefits of maintenance and cure, because Defendant Vazquez is at maximum medical improvement and because his ongoing treatment is palliative in nature.

## V.  PRAYER FOR RELIEF

Wherefore Plaintiff Westport prays for the following relief against Defendant, Devin Carello:

1. For a declaration that Plaintiff Westport has no legal obligation to pay defendant's maintenance and cure benefits, and
2. For any other relief that Court deems appropriate.

DECLARATORY JUDGMENT COMPLAINT - 3
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. DATED this 26th day of July, 2024.

   HOLMES WEDDLE & BARCOTT, P.C.


   */s/ Svetlana P. Spivak*
   Svetlana P. Spivak, WSBA #30478
   3101 Western Avenue, Suite 500
   Seattle, Washington 98121
   Telephone: (206) 292-8008
   Facsimile: (206) 340-0289
   Email: sspivak@hwb-law.com
   Attorney for Plaintiff

G:\4571\34332\Pleading\Decl Judgment Complaint.docx

DECLARATORY JUDGMENT COMPLAINT - 4
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289